# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sarah E. Lewis a/k/a Sarah Evelyn Lewis, a/k/a Sarah Lewis | BK NO. 23-00550 HWV |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Matrix Financial Services Corporation and index same on the master mailing list.

                                              Respectfully submitted,

*Michael Farrington*
Michael Farrington
28 Mar 2023, 14:28:21, EDT

                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                215-627-1322