Certificate Number: 15317-PAM-DE-037363191

Bankruptcy Case Number: 23-00550


15317-PAM-DE-037363191

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on April 20, 2023, at 11:41 o'clock AM PDT, Sarah E Lewis completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 20, 2023

By: /s/Lea Sorino

Name: Lea Sorino

Title: Counselor