United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00550-HWV
Sarah E. Lewis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Apr 20, 2023      Form ID: ntcnfhrg      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah E. Lewis, 594 Yale Street, Harrisburg, PA 17111-3558 |
| 5532292 | + | FCC Finance LLC as svcr WF Hil 2017 Grantor Trust, PO Box 795489, Dallas, TX 75379-5489 |
| 5527984 | + | Tamika McAdoo, 1823 Foresster St., Harrisburg, PA 17103-1537 |
| 5527985 | + | Tamika McAdoo, 1823 Forrester St., Harrisburg, PA 17103-1537 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 20 2023 18:50:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 20 2023 18:50:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Apr 20 2023 18:43:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5527976 | + | Email/Text: dan@aeifinance.com | Apr 20 2023 18:44:22 | American Enterprises Intl Inc., W 129 N. 11040 Washington Dr., Germantown, WI 53022-4451 |
| 5527977 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 20 2023 18:50:05 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 5528988 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 20 2023 18:49:44 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5527978 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2023 18:43:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 5527979 | + | Email/Text: csr@fccfinance.com | Apr 20 2023 18:43:00 | FCC Finance, LLC, P.O. Box 795489, Dallas, TX 75379-5489 |
| 5527980 | | Email/Text: Deborah@keystonecredit.net | Apr 20 2023 18:43:00 | Keystone Credit Services, LLC, 664 Furnace Hills Pike, Lititz, PA 17543 |
| 5527981 | ^ | MEBN | Apr 20 2023 18:38:16 | Lendmark Financial, PO Box 2969, Covington, GA 30015-7969 |
| 5527982 | | Email/Text: blegal@phfa.org | Apr 20 2023 18:43:00 | Pennsylvania Houseing Finance Agency - H, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 5532604 | + | Email/Text: blegal@phfa.org | Apr 20 2023 18:43:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5527983 | ^ | MEBN | Apr 20 2023 18:37:48 | Roundpoint Mortgage Servicing Corp., P.O. Box 19409, Charlotte, NC 28219-9409 |

| | | | |
|---|---|---|---|
| 5528012 | + Email/PDF: gecsedi@recoverycorp.com | Apr 20 2023 18:50:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) khousman@pkh.com |
| Michael Patrick Farrington | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Sarah E. Lewis tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Sarah E. Lewis,<br>aka Sarah Evelyn Lewis, aka Sarah Lewis, | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−00550−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 17, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 24, 2023<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 20, 2023 |

ntcnfhrg (08/21)