UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

SARAH E. LEWIS

Debtor(s)

Chapter: 13
Case Number: 1-23-00550

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Debtor's Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: July 6, 2023

SIGNED: Lisa Manchak

TITLE: Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Sarah E. Lewis,<br>aka Sarah Evelyn Lewis, aka Sarah Lewis, | Chapter 13 |
| **Debtor 1** | Case No. 1:23-bk-00550-HWV |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on March 16, 2023. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 28, 2023

orcnfpln(05/18)

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Housing Finance
Agency/Homeowne
211 North Front Street
Harrisburg, PA 17101-1406

Swatara Township Stormwater Authority
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

American Enterprises Intl Inc.
W 129 N. 11040 Washington Dr.
Germantown, WI 53022-4451

Capital One Auto Finance
P.O. Box 259407
Plano, TX 75025-9407

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Credit Acceptance Corporation
25505 W. 12 Mile Rd., Suite 3000
Southfield, MI 48034-8331

FCC Finance LLC as svcr WF HII 2017
Grantor
PO Box 795489
Dallas, TX 75379-5489

FCC Finance, LLC
P.O. Box 795489
Dallas, TX 75379-5489

KEYSTONE CREDIT SERVICES LLC
664 FURNACE HILLS PIKE
LITITZ PA 17543-8907

Lendmark Financial
PO Box 2969
Covington, GA 30015-7969

Pennsylvania Houseing Finance Agency
211 North Front Street
P.O. Box 15206
Harrisburg, PA 17105-5206

Pennsylvania Housing Finance Agency/HEMAP
211 North Front Street
PO BOX 15206
Harrisburg, PA 17105-5206

ROUNDPOINT MORTGAGE SERVICING
CORPORATION
446 WRENPLACE ROAD
FORT MILL SC 29715-0200

Roundpoint Mortgage Servicing Corp.
P.O. Box 19409
Charlotte, NC 28219-9409

Swatara Township Stormwater Authority
c/o James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406-2726

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Tamika McAdoo
1823 Foresster St.
Harrisburg, PA 17103-1537

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625