UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :        CASE NO. 1-23-00550
SARAH E. LEWIS                  :
                    Debtor      :        CHAPTER 13
**************************************************************************
CREDIT ACCEPTANCE CORPORATION :
                                :
                    Movant,     :
        vs.                     :
                                :
SARAH E. LEWIS                  :
                    Respondents. :
**************************************************************************

### DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM
### AUTOMATIC STAY UNDER SECTION 362
**************************************************************************

AND NOW COMES, Sarah E. Lewis, and files an Answer Credit Acceptance Corporation's

Motion for Relief From the Automatic Stay:

1.      Sarah E. Lewis, (hereinafter the "Debtor') filed a Chapter 13 bankruptcy proceeding

with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2.      Jack N. Zaharopoulos, Esq. was appointed the Chapter 13 Trustee.

3.      Under the Chapter 13 Plan, Debtor was to make regular monthly payments to the

Movant outside of the Plan.

4.      Movant alleges that Debtor has failed to make monthly car loan payments.

5.      Debtor's Counsel is in the process of contacting the Debtor to ascertain if the

payments have been made and/or if the Debtor is in possession of the funds to cure the alleged

default.

6.      In the even there remains an arrears, the Debtor wish to enter into a Stipulation to

cure the arrears by including them in an amended Plan, or in the alternative over a six month period.

7.      Movant is not entitled to relief from the automatic stay  as there is  equity in the property encumbered by Movant's security interest, arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtors  respectfully request that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,


Date:  August 15, 2023                  /s/Tullio DeLuca
                                        Tullio DeLuca, Esquire
                                        PA ID# 59887
                                        381 N. 9th Avenue
                                        Scranton, PA 18504
                                        (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :        CASE NO. 1-23-00550
SARAH E. LEWIS                      :
                    Debtor          :        CHAPTER 13
**************************************************************************
CREDIT ACCEPTANCE CORPORATION :
                                    :
                    Movant,         :
        vs.                         :
                                    :
SARAH E. LEWIS                      :
                    Respondents.    :
**************************************************************************
## CERTIFICATE OF SERVICE
**************************************************************************

The undersigned hereby certifies that on August 15, 2023, he caused a true and correct copy

of Debtor's Answer to Credit Acceptance Corporation's Motion for Relief from the Automatic Stay

to be served via electronic filing to the CM/ECF participant at the following:


Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

William E. Craig, Esq at bcraig@mortoncraig.com


Date: August 15, 2023                    /s/Tullio DeLuca
                                        Tullio DeLuca, Esq.