UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
SARAH E. LEWIS : CASE NO. 1-23-00550
 :
                Debtor : CHAPTER 13
*************************************************************************
MATRIX FINANCIAL SERVICES :
CORPORATION :
 :
                Movant, :
 :
  vs. :
SARAH E. LEWIS :
 :
               Respondents. :
*************************************************************************

## DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

*************************************************************************

AND NOW COMES, Sarah E. Lewis, the Debtor, and files an Answer to Matrix Financial Services Corporation's Motion for Relief From the Automatic Stay:

1. Sarah E. Lewis (hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Movant alleges that Debtor has failed to make post-petition mortgage payments.

3. Debtor fell behind on payments to Movant.

4. The Debtor wishes to enter into a Stipulation to include the arrears in an amended Plan.

5. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtors respectfully request that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: October 4, 2023      /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA  18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| SARAH E. LEWIS | : | CASE NO. 1-23-00550 |
| | : | |
| Debtor | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| MATRIX FINANCIAL SERVICES CORPORATION | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| SARAH E. LEWIS | : | |
| | : | |
| Respondents. | : | |

*************************************************************************

## CERTIFICATE OF SERVICE

*************************************************************************

The undersigned hereby certifies that on October 4, 2023, he caused a true and correct copy of Debtors' Answer to Matrix Financial Service's Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Brian Nicholas, Esq. at bnicholas@kmllawgroup.com

Dated: October 4, 2023        /s/Tullio DeLuca
                              Tullio DeLuca, Esquire