IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE: )
)
SARAH E. LEWIS ) Chapter 13
**Debtor(s)** )
) Case No.: 1:23-bk-00550-(HWV)
)
)
)
)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on April 19, 2024 I served a copy of the Request To List Matter For Hearing to the following parties in this matter:

<u>Name and Address</u>      <u>Mode Of Service</u>
<u>Debtor</u>     Regular Mail
Sarah E. Lewis
594 Yale Street
Harrisburg, PA 17111

The following parties were served with the Request via electronic means on April 19, 2024:

<u>Debtor's Attorney</u>     <u>Trustee</u>
Tullio DeLuca, Esq.     Jack N. Zaharopoulos
381 N. 9th Street     Standing Chapter 13 Trustee
Scranton, PA 18504     8125 Adams Drive, Suite A
    Hummelstown, PA 17036

<u>United States Trustee</u>
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Date: 4/19/24

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania

Case 1:23-bk-00550-HWV    Doc 55    Filed 04/19/24    Entered 04/19/24 09:18:45    Desc
Main Document    Page 1 of 1