UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1-23-00550 |
| SARAH E. LEWIS | : | |
| Debtor | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| CREDIT ACCEPTANCE CORPORATION | : | |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| SARAH E. LEWIS | : | |
| Respondents. | : | |

*****************************************************************************************

## PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CERTIFICATE OF DEFAULT

*****************************************************************************************

AND NOW COMES, the Debtor, Sarah E. Lewis, by and through his attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Objection to Credit Acceptance Corporation's Certificate of Default. Opposing Counsel consents to the withdrawal.

Respectfully submitted,

Date: May 13, 2024

/s/Tullio DeLuca
Tullio DeLuca, Esq.,
PA ID# 59887
Attorney for Debtor
381 N. 9th Avenue
Scranton, PA 18504

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1-23-00550 |
| SARAH E. LEWIS | : | |
| Debtor | : | CHAPTER 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CREDIT ACCEPTANCE CORPORATION | : |
| | : |
| Movant, | : |
| vs. | : |
| | : |
| SARAH E. LEWIS | : |
| Respondents. | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on May 13, 2024, he caused a true and correct copy of Debtor's Praecipe to Withdraw Debtor's Objection to the Certificate of Default, to be served via electronic filing on the following CM/ECF users:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

William E. Craig, Esq at wcraig@egalawfirm.com

Date: May 13, 2024      /s/Tullio DeLuca
                        Tullio DeLuca, Esq.