United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00550-HWV |
| Sarah E. Lewis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 07, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Tamika McAdoo, 594 Yale Street, Harrisburg, PA 17111-3558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Randolph Wood | on behalf of Creditor Swatara Township Stormwater Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) khousman@pkh.com |
| Michael J Clark | on behalf of Creditor TH MSR Holding LLC c/o RoundPoint Mortgage Servicing LLC pabk@logs.com |
| Sherri Smith | |

on behalf of Creditor TH MSR Holding LLC c/o RoundPoint Mortgage Servicing LLC ssmith@stradley.com amautz@pincuslaw.com

Tullio DeLuca

on behalf of Debtor 1 Sarah E. Lewis tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 1:23-bk-00550-HWV |
| Sarah E. Lewis | : Chapter 13 |
| aka Sarah Evelyn Lewis | : |
| aka Sarah Lewis | : |
| | : |
| | : |
| Debtor | : |
| | : |
| | : |
| TH MSR Holdings LLC | : |
| c/o RoundPoint Mortgage Servicing LLC | : |
| | : |
| Movant | : |
| vs. | : |
| Sarah E. Lewis | : |
| aka Sarah Evelyn Lewis | : |
| aka Sarah Lewis | : |
| Tamika McAdoo | : |
| | : |
| Debtor and Non-Filing Co-Debtor | : |
| | : |
| Jack N Zaharopoulos | : |
| Trustee/Respondent | : |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS CO-DEBTOR**

Upon consideration of the Motion of TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing LLC (the "Movant") for an Order Terminating the Automatic Stay as to Co-Debtor with respect to real property known as 594 Yale Street, Harrisburg, PA 17111 (the "Premises"), Doc. 70, and no objections having been filed, it is

**ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. § 1301 is vacated for cause as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Premises including but not limited to foreclosure of its mortgage on the Premises. It is further

**ORDERED** that this Order shall be binding and effective despite any conversion of this bankruptcy case to case under any other chapter of Title 11 of the United States Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 7, 2025