United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Sarah E. Lewis  
    Debtor

Case No. 23-00550-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 08, 2025      Form ID: ordsmiss      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah E. Lewis, 594 Yale Street, Harrisburg, PA 17111-3558 |
| 5532292 | + | FCC Finance LLC as svcr WF Hil 2017 Grantor Trust, PO Box 795489, Dallas, TX 75379-5489 |
| 5527980 | + | Keystone Credit Services, LLC, 664 Furnace Hills Pike, Lititz, PA 17543-8907 |
| 5541350 | + | Swatara Township Stormwater Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5541349 | + | Swatara Township Stormwater Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5527984 | + | Tamika McAdoo, 1823 Foressster St., Harrisburg, PA 17103-1537 |
| 5527985 | + | Tamika McAdoo, 1823 Forrester St., Harrisburg, PA 17103-1537 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 08 2025 22:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Oct 08 2025 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Oct 08 2025 18:41:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5527976 | + | Email/Text: dan@aeifinance.com | Oct 08 2025 18:41:00 | American Enterprises Intl Inc., W 129 N. 11040 Washington Dr., Germantown, WI 53022-4451 |
| 5558509 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 08 2025 18:41:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5527977 | + | EDI: CAPONEAUTO.COM | Oct 08 2025 22:43:00 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 5528988 | + | EDI: AISACG.COM | Oct 08 2025 22:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5527978 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 08 2025 18:41:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 5527979 | + | Email/Text: csr@fccfinance.com | Oct 08 2025 18:41:00 | FCC Finance, LLC, P.O. Box 795489, Dallas, TX 75379-5489 |
| 5527981 | | Email/Text: bk@lendmarkfinancial.com | Oct 08 2025 18:41:00 | Lendmark Financial, PO Box 2969, Covington, GA 30015 |
| 5527982 | | Email/Text: blegal@phfa.org | Oct 08 2025 18:41:00 | Pennsylvania Houseing Finance Agency - H, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 5532604 | + | Email/Text: blegal@phfa.org | | |

| Recip ID | Bypass/Notice | Date/Time | Name and Address |
|---|---|---|---|
| | | Oct 08 2025 18:41:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5540084 | Email/Text: bankruptcy@roundpointmortgage.com Oct 08 2025 18:41:00 | | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 5527983 | ^ MEBN | Oct 08 2025 18:37:45 | Roundpoint Mortgage Servicing Corp., P.O. Box 19409, Charlotte, NC 28219-9409 |
| 5528012 | + EDI: PRA.COM | Oct 08 2025 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5667148 | ^ MEBN | Oct 08 2025 18:37:52 | TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing, LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 5667149 | ^ MEBN | Oct 08 2025 18:37:52 | TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing, LLC, 446 Wrenplace Road, Fort Mill, SC 29715, TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing, LLC 29715-0200 |
| 5540593 | EDI: AIS.COM | Oct 08 2025 22:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | *+ | Swatara Township Stormwater Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Randolph Wood | on behalf of Creditor Swatara Township Stormwater Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

| | |
|---|---|
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) khousman@pkh.com |
| Michael J Clark | on behalf of Creditor TH MSR Holding LLC c/o RoundPoint Mortgage Servicing LLC pabk@logs.com |
| Sherri Smith | on behalf of Creditor TH MSR Holding LLC c/o RoundPoint Mortgage Servicing LLC ssmith@stradley.com amautz@pincuslaw.com |
| Tullio DeLuca | on behalf of Debtor 1 Sarah E. Lewis tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Sarah E. Lewis,<br>aka Sarah Evelyn Lewis, aka Sarah Lewis,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 1:23−bk−00550−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 8, 2025

ordsmiss (05/18)